IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CALVIN WILLIAMS,

    Petitioner,

v.

MATTHEW MARSKE,

    Respondent.

ORDER

Case No. 21-cv-724-jdp

Petitioner Calvin Williams seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than December 6, 2021. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately May 15, 2021 through the date of the petition, November 15, 2021.

ORDER

IT IS ORDERED that:

    1.    Petitioner Calvin Williams may have until December 6, 2021, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before December 6, 2021, I will assume that petitioner wishes to withdraw this petition.

Entered this 15th day of November, 2021.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge